WHEELER & WILSON MANUFACTURING Co. v. NELLIE
FLEMING ET ALS.

(No. 470, Op. Book No. 2, p. 30.)

APPEAL from Marion County.    Opinion by WHITE, J.

§ **539.** *Injunction; where judgment is void for want of legal service.* There being no legal service, the original judgment was void. This, however, would not neces-

sarily dispose of the injunction case in the county court, but upon proper pleadings the correct practice was for said court to retain jurisdiction, try the case and render judgment on the original cause of action, if the plaintiff was legally entitled to it on the merits. [Witt v. Kaufman, 25 Tex. Sup. 384.]

December 20, 1878.        Reversed and remanded.